NenaZuleyS8@gmail.com
SulemaSierra48@Mail.com
5-22CV0131-C

To Whom this may concern!
Since June 2 2022
Its Been Hot today we were told that It was 83 Degrees In here
My name Is Sulema Sierra Booking # 22018145
I have put In Plenty letters my friend Yvonne mom has made at least 20 calls Since June 2 that Its hot an inmate threw up from being dehydrated! another Inmate was sitting In period blood for 2 days because she hasn't had any clean underwear We are being treated un human. We are In pain and Suffering Ive even Started drinking Hot water because theres no cold water just Like there Is no A/C please Help US!

Fix this Situation Its Wrong!

[signature]

#22018145
Cell: 214-469 5330
email: SulemaSierra48@yahoo.com
NenaZuleyS8@Gmail.com

RECEIVED JUL -1 2022 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS
2022 JUL -1 PM 2:53

# Pod 4 (Petition)

Queena Jordan 2104406-9  queenjordan@gmail.com
214-403-5916

People are complaining about the AC being to hot, and it is hot in this pod. we are sweating, constantly taking showers to keep cool. waking up real sweaty, and irrated. other individuals as well. this is not just a safe weather climate. (X please sign if agreed)

Terriz Burks 2200-1738
Alicia Rich 2200-5591
Christy Moby 2201-5461
Suena Sierra 2201-8145
Vanessa Martinez 2207-6822
Hailey Hamilton 2200-4918
Linda Browning 22018075
Rebecca Caldwell
Anabel Ramirz 22017815
Trystan Robinson

Summer Price 22020644
Molly Burry 22014060
Donna Hopkins 22020180
Aquita Wray
Jennifer Laws 22011231
Rosablanca Chaug #22017651
Nancy Jaramillo #22018509

Cark Ritchie #2201-9720

Leslie Jones
Eliza Vaughn 22022561
Moreno Jenna #22012857
MORALES, Bianca #22016387
Briana McAfee #2202107D
Kenia Rubio #22012215
April Coterill #22018125
~~[scribbled out]~~
Abigail Fonseca
Jasmine Limas #22014112
[signature] #~~22021315~~
[signature]
Jenese Henry #921
Rodericka Davis #22015956

Sulema Sierra
Dallas County Jail
P.O. Box 660334
Bin: 22018145
KAYS Tower 04-D
Dallas Texas 75266-0334

NORTH TEXAS TX P&DC
DALLAS TX 750
27 JUN 2022 PM 9 L



Office of the Clerk
Northern District of Texas 1205 Ave Room 20
Lubbock, Tx 79401

78415-963320