IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| ANABEL RAMIREZ, <br> Institutional ID No. 22017815 | § § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL ACTION NO. 5:22-CV-00154-C |
| DALLAS COUNTY JAIL, | § § § | |
| Defendant. | § § | |

## JUDGMENT

For the reasons stated in the Court's order of even date,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's complaint and all claims alleged therein are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

Dated September _19_, 2022.

_____
SAM R. CUMMINGS
Senior United States District Judge